**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)          Case Number **11–40782**

| UNITED STATES BANKRUPTCY COURT Eastern District of Texas |
|---|

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 3/14/11 and was converted to a case under chapter 7 on 4/22/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Jeffrey Louis Simmons<br>dba Tryad Financial Group, LLC<br>10301 Smantha Dr<br>Frisco, TX 75035 | Olga Robles Simmons<br>10301 Smantha Dr<br>Frisco, TX 75035 |
| Case Number:<br>11–40782 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–5712<br>xxx–xx–8378 |
| Attorney for Debtor(s) (name and address):<br>C. Daniel Herrin<br>Herrin & Wright, PLLC<br>4925 Greenville Ave<br>Suite 200<br>Dallas, TX 75206<br>Telephone number:  214–810–5294 | Bankruptcy Trustee (name and address):<br>Michelle Chow<br>4115 N. Central Expressway<br>Dallas, TX 75204<br>Telephone number:  (214) 521–6627 |

## Meeting of Creditors

Date:  **May 24, 2013**                Time:  **10:30 AM**
Location:  **1600 N. Central Expressway, Plano, TX 75074**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/23/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074<br>Telephone number:  (972)509–1240 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeanne Henderson |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 4:00 PM | Date:  4/23/13 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint — or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) — in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court
Eastern District of Texas

In re:
Jeffrey Louis Simmons
Olga Robles Simmons
     Debtors

Case No. 11-40782-btr
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0540-4      User: alcaraze      Page 1 of 4      Date Rcvd: Apr 23, 2013
                        Form ID: B9a      Total Noticed: 98

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2013.
```
db/db        +Jeffrey Louis Simmons,   Olga Robles Simmons,   10301 Smantha Dr,   Frisco, TX 75035-5731
aty          +Mary A. Daffin,   Barrett Daffin Frappier Turner & Engel,   1900 St. James Place,   Suite 500,
               Houston, TX 77056-4125
aty          +Patti H. Bass,   Bass & Associates,   3936 E. Ft. Lowell Rd. Suite 200,   Tucson, AZ 85712-1083
aty          +Sarah Elizabeth Sibley,   Codilis & Stawiarski, P.C.,   650 N. Sam Houston Parkway,   Suite 450,
               Houston, TX 77060-5908
aty           Stephen G. Wilcox,   Bassel & Wilcox P.L.L.C.,   P.O. Box 11509,   Fort Worth, TX 76110-0509
aty          +Tom W. Sharp,   Blalack & Williams, P.C.,   5550 LBJ Freeway, Suite 400,   Dallas, TX 75240-2349
cr           +Chase Home Finance LLC,   c/o Mary A. Daffin,   Barrett Daffin Frappier Turner & Engel,
               1900 St. James Place,   Suite 500,   Houston, TX 77056-4125
cr            Ford Motor Credit Company LLC,   c/o Stephen G. Wilcox,   Bassel & Wilcox P.L.L.C.,
               P.O. Box 11509,   Fort Worth, TX 76110-0509
cr           +JPMorgan Chase Bank, National Association,   c/o Sarah E. Sibley,   Codilis & Stawiarski, P.C.,
               650 N. Sam Houston Parkway East,,   Suite 450,   Houston, TX 77060-5908
cr           +Texans Credit Union assignee of Credit Union Liqui,   c/o Tom W. Sharp,
               Blalack & Williams, P.C.,   5550 LBJ Freeway, Suite 400,   Dallas, TX 75240-2349
6074175      +%AT&T SERVICES INC.,   JAMES GRUDUS, ESQ.,   ONE AT&T WAY, ROOM 3A218,
               BEDMINSTER, NJ 07921-2693
5970093      +AT&T,   P.O. Box 930170,   Dallas, TX 75393-0001
5970090      +Abel Robles,   2800 Mesquite,   Venus, TX 76084-3259
5970091       Alliedinterstate,   P.O. Box 3330,   Plymouth, MA 02361-3330
5970092      +Allmand & Lee, PLLC,   8701 Bedford Euless Rd.,  Suite 510,   Hurst, TX 76053-3874
5970095       Bailey Banks and Biddle,   P.O. Box 9025,   Des Moines, IA 50368-9025
5970099       Broadview Security,   P.O. Box 631877,   Irving, TX 75063-0030
5970100       CBCCTI DBA Womens Diagnostic,   P.O. Box 730761,   Dallas, TX 75373-0761
5970101      +Central Credit Services, Inc.,   PO Box 15118,   Jacksonville, FL 32239-5118
5970105       Chase Home Finance,   3415 Vision Drive,   Columbus, OH 43219-6009
5983188       Chase Home Finance LLC,   3415 Vision Drive,   Mail Code: OH4-7302,   Columbus, OH 43219-6009
5970108      +Citifinancial,   300 Saint Paul Pl,   Baltimore, MD 21202-2120
5970109      ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,   PO BOX 78626,   Phoenix, AZ 85062-8626)
5970111      +Dr Jason Miller,   6100 Preston Road Suite 230,   Frisco, TX 75034-5864
5970112      +Family Medicine Assoc Of Texas Pa,   4333 North Josey Lane Suite 302,   Carrollton, TX 75010-4632
5970114       First American Home Warranty,   P.O. Box 10180,   Van Nuys, CA 91410-0180
5970116      +GC Services,   6330 Gulfton,   Houston, TX 77081-1198
5970119      +Going Postal,   3520 Preston Rd, #131,   Frisco, TX 75034-9488
6080759      +JPMorgan Chase Bank, N.A.,   ATTN: OH4-7302,   3415 Vision Drive,   Columbus, OH 43219-6009
5970125      +Jesus M Robles,   204 West Broad,   Mansfield, TX 76063-1609
5970126      +Juanita Robles,   204 West Broad,   Mansfield, TX 76063-1609
5970127      +Julie C Hobbs,   260 Huckleberry Court,   Wexford, PA 15090-7524
5970136      +Professional Placement Services,   PO Box 612,   Milwaukee, WI 53201-0612
5970139       RMS,   240 Emery Street,   Lehigh Valley, PA 18002
5970138      +Regus,   15305 Dallas Parkway,   Addison, TX 75001-6922
5970140      +Sunrise Credit Service,   260 Airport Plaza,   Farmingdale, NY 11735-4021
5970143      +Texas Commerce Bank,   777 East Campbell Road,   Richardson, TX 75081-1891
5970144       Texas Health Presbyterian,   PO BOX 910812,   Dallas, TX 75391-0812
6016612      +Texas Health Resources,   c/o Creditors Bankruptcy Service,   P O Box 740933,
               Dallas, TX 75374-0933
5970145      +Tony Robles,   10301 Samantha Dr.,   Frisco, TX 75035-5731
5970146      +Touchstone Imaging,   PO Box 116662,   Atlanta, GA 30368-6662
5970147       Tryad Financial Group LLC,   15306 Express Parkway,   Addison, TX 75001
5970149       United States Attorney General,   Main Justice Building, Rm 5111,   10th & Constitution Ave,
               NW Washington D.C. 50230
5970150       United States Attorney's Office,   110 North College Avenue, Suite 700,   Tyler, Texas 75702-0204
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: ecf@herrinandwright.com Apr 24 2013 04:17:52   C. Daniel Herrin,
               Herrin & Wright, PLLC,   4925 Greenville Ave.,   Suite 200,   Dallas, TX 75206
aty          +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 04:32:38   Laurie Spindler Huffman,
               Linebarger, Goggan, Blair & Sampson,   2323 Bryan St., Suite 1600,   Dallas, TX 75201-2644
tr           +EDI: QMHCHOW.COM Apr 24 2013 03:28:00   Michelle Chow,   4115 N. Central Expressway,
               Dallas, TX 75204-2126
ust           E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Apr 24 2013 04:30:28   US Trustee,
               Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,   Tyler, TX 75702-7231
cr           +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 04:32:38   City of Frisco,
               Linebarger Goggan Blair & Sampson,LLP,   c/o Laurie Spindler Huffman,   2323 Bryan Street,
               Suite 1600,   Dallas, TX 75201-2644
cr           +EDI: BASSASSOC.COM Apr 24 2013 03:28:00   HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
cr            EDI: AIS.COM Apr 24 2013 03:28:00   Midland Funding LLC by American InfoSource LP as a,
               PO Box 4457,   Houston, TX  77210-4457
cr           +EDI: PRA.COM Apr 24 2013 03:28:00   PRA Receivables Management LLC,   POB 41067,
               Norfolk, VA 23541-1067
```

District/off: 0540-4      User: alcaraze      Page 2 of 4      Date Rcvd: Apr 23, 2013
                      Form ID: B9a      Total Noticed: 98

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
5970094      EDI: ATTWIREBK.COM Apr 24 2013 03:28:00      AT&T,   po box 5001,    carol stream, il 60197-5001
5970096     +EDI: BANKAMER.COM Apr 24 2013 03:28:00      Bank Of America,    Attn: Bankruptcy NC4-105-02-99,
              PO Box 26012,    Greensboro, NC 27420-6012
5970098      EDI: BANKAMER.COM Apr 24 2013 03:28:00      Bank of America,    P.O. Box 53132,
              Phoenix, AZ 85072-3132
5970097     +EDI: BANKAMER.COM Apr 24 2013 03:28:00      Bank of America,    P.O. Box 53137,
              Phoenix, AZ  85072-3137
5970102      EDI: CHASE.COM Apr 24 2013 03:28:00      CHASE,   P.O. BOX 15607,    WILMINGTON, DE 19886-1195
5977329     +E-mail/Text: tblackshear@ntexas-attorneys.com Apr 24 2013 04:31:17      COLLIN COUNTY,
              C/O GAY MCCALL ET AL,    777 E 15TH ST,    PLANO TX 75074-5799
5970854      EDI: RESURGENT.COM Apr 24 2013 03:28:00      CR Evergreen, LLC,    MS 550,    PO Box 91121,
              Seattle, WA 98111-9221
5970103     +EDI: CHASE.COM Apr 24 2013 03:28:00      Chase,   PO BOX 260180,    Baton Rouge, LA 70826-0180
5970104     +EDI: CHASE.COM Apr 24 2013 03:28:00      Chase Bank,   Po Box 260180,    Baton Rouge, LA 70826-0180
5970107     +EDI: CITICORP.COM Apr 24 2013 03:28:00      Citi,   PO Box 653084,    Dallas, TX 75265-3084
5970106     +EDI: CITICORP.COM Apr 24 2013 03:28:00      Citi,   PO Box 6000,    The Lakes, NV 89163-0001
5979753     +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 04:32:38      City of Frisco,
              c/o Laurie Spindler Huffman,    Linebarger Goggan Blair & Sampson,LLP,,
              2323 Bryan Street Suite 1600,    Dallas, TX 75201-2644
5970109      EDI: DIRECTV.COM Apr 24 2013 03:28:00      Direct TV,   PO BOX 78626,    Phoenix, AZ 85062-8626
5996860     +EDI: TSYS2.COM Apr 24 2013 03:28:00      Department Stores National Bank/Macys,
              Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
5970110     +EDI: ESSL.COM Apr 24 2013 03:28:00      Dish Network,    Dept0063,    Palatine, IL 60055-0001
6166487     +EDI: RESURGENT.COM Apr 24 2013 03:28:00      East Bay Funding, LLC,
              c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
6061434      EDI: BANKAMER2.COM Apr 24 2013 03:28:00      FIA Card Services, NA as successor in interest to,
              Bank of America NA and MBNA America Bank,    PO Box 15102,    Wilmington, DE 19886-5102
5989937     +EDI: BANKAMER.COM Apr 24 2013 03:28:00      FIA Card Services, NA as successor in interest to,
              Bank of America NA and MBNA America Bank,    1000 Samoset Drive,    DE5-023-03-03,
              Newark, DE 19713-6000
5970113     +EDI: BANKAMER.COM Apr 24 2013 03:28:00      FIa Card Services,    PO Box 15026,
              Wilmington, DE 19850-5026
5977330     +E-mail/Text: tblackshear@ntexas-attorneys.com Apr 24 2013 04:31:17      FRISCO ISD,
              C/O GAY MCCALL ET AL,    777 E 15TH ST,    PLANO TX 75074-5799
5970115     +EDI: FORD.COM Apr 24 2013 03:28:00      Ford Motor Credit Company, LLC,    PO BOX 6275,
              Dearborn, MI 48121-6275
5970117     +EDI: RMSC.COM Apr 24 2013 03:28:00      Gemb/Lincoln Mercury Q,    Po Box 981439,
              El Paso, TX 79998-1439
5970118     +EDI: RMSC.COM Apr 24 2013 03:28:00      Gembppbycr,    Attention: Bankruptcy,    PO Box 103104,
              Roswell, GA 30076-9104
5970120     +EDI: HFC.COM Apr 24 2013 03:28:00      Hsbc/neimn,    HSCB Retail Srvs/ Attn: Bankruptcy,
              PO Box 5263,    Carol Stream, IL 60197-5263
5970123      EDI: IRS.COM Apr 24 2013 03:28:00      IRS,   PO Box 21126,    Philaadelphia PA 19114
5970121      EDI: IRS.COM Apr 24 2013 03:28:00      Internal Revenue Service,    P.O. Box 21126,
              Philadelphia, PA 19114
5970122      EDI: IRS.COM Apr 24 2013 03:28:00      Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
5970128     +EDI: CBSKOHLS.COM Apr 24 2013 03:28:00      Kohls/chase,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
5970129     +EDI: TSYS2.COM Apr 24 2013 03:28:00      Macys/fdsb,    Macy's Bankruptcy,    PO Box 8053,
              Mason, OH 45040-8053
6445442      EDI: AIS.COM Apr 24 2013 03:28:00      Midland Funding LLC,    by American InfoSource LP as agent,
              PO Box 4457,    Houston, TX  77210-4457
6021791     +E-mail/Text: bknotice@ncmllc.com Apr 24 2013 04:20:43      National Capital Management, LLC.,
              8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
5970130     +EDI: NESF.COM Apr 24 2013 03:28:00      National Enterprise Systems,    29125 Solon Rd.,
              Solon, OH 44139-3442
5970131     +EDI: HFC.COM Apr 24 2013 03:28:00      Neiman Marcus,    P.O. Box 729080,    Dallas, TX 75372-9080
6014999      EDI: PRA.COM Apr 24 2013 03:28:00      Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk VA 23541
5970133     +EDI: RMSC.COM Apr 24 2013 03:28:00      Paypal Buyer Crdit,    Po Box 981400,
              El Paso, TX 79998-1400
6060036      EDI: RECOVERYCORP.COM Apr 24 2013 03:28:00      Portfolio Investments I LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
5970134     +E-mail/Text: rjuarez@pfccollects.com Apr 24 2013 04:25:04      Prof Financial Co,    PO Box 1686,
              Greeley, CO 80632-1686
5970135     +E-mail/Text: rjuarez@pfccollects.com Apr 24 2013 04:25:04      Professional Finance Company,
              5754 West 11th Street Suite 100,    Greeley, CO 80634-4811
5979845     +EDI: PHINRJMA.COM Apr 24 2013 03:28:00      Rjm Acquisitions Llc,    575 Underhill Blvd,
              Suite 224,    Syosset, NY 11791-4437
5970141     +E-mail/PDF: texansbkrnotices@texanscu.org Apr 24 2013 05:42:29      Texans Credit Union,
              777 E. Campbell Road,    Richardson, Texas 75081-6793
5970142     +E-mail/PDF: texansbkrnotices@texanscu.org Apr 24 2013 05:42:29      Texans Credit Union,
              PO Box 853912,    Richardson, TX 75085-3912
5970148     +EDI: URSI.COM Apr 24 2013 03:28:00      United Recovery Systems,    5800 North Course Dr.,
              Houston, TX 77072-1613
5970151      E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Apr 24 2013 04:30:28
              United States Trustee's Office,    110 North College Avenue, Suite 300,    Tyler, Texas 75702-7231
```

```
District/off: 0540-4          User: alcaraze          Page 3 of 4          Date Rcvd: Apr 23, 2013
                             Form ID: B9a             Total Noticed: 98
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5970153     +EDI: AFNIVZCOMBINED.COM Apr 24 2013 03:28:00     Verizon,    Attn: Bankruptcy Dept,
             404 Brock Drive,   Bloomington, IL 61701-2654
5970152      EDI: AFNIVZCOMBINED.COM Apr 24 2013 03:28:00     Verizon,   P.O. Box 920041,
             Dallas, TX 75392-0041
5970154     +EDI: WFFC.COM Apr 24 2013 03:28:00     Wells Fargo Financial Bank,   Wells Fargo Financial,
             4137 121st St,   Urbendale, IA 50323-2310
6042716      EDI: ECAST.COM Apr 24 2013 03:28:00     eCAST Settlement Corporation, assignee,
             of CitiFinancial, Inc.,   POB 29262,   New York, NY 10087-9262
                                                                                   TOTAL: 55
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
            GREENVILLE, SC 29602-0288
cr*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   NORFOLK, VA  23541)
6205389*   +Ford Motor Credit Company LLC,   PO Box 6275,   Dearborn, MI 48121-6275
5970124*   +Jeffrey Louis Simmons,   10301 Smantha Dr,   Frisco, TX 75035-5731
5970132*   +Olga Robles Simmons,   10301 Smantha Dr,   Frisco, TX 75035-5731
5970137    ##+Radiology Associates of Tarrant County,   P.O. Box 961281,   Ft. Worth, TX 76161-0281
                                                                       TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2013**                          **Signature:**   _Joseph Speetjens_

District/off: 0540-4           User: alcaraze           Page 4 of 4           Date Rcvd: Apr 23, 2013
                              Form ID: B9a             Total Noticed: 98

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2013 at the address(es) listed below:
            C. Daniel Herrin    on behalf of Debtor Jeffrey Simmons ecf@herrinandwright.com
            Janna L. Countryman    ECFch13plano@ch13plano.com
            Laurie Spindler Huffman    on behalf of Creditor  City of Frisco laurie.spindler@publicans.com,
             Matilde.Alvarado@publicans.com
            Mary A. Daffin    on behalf of Creditor  Chase Home Finance LLC edecf@BDFGROUP.com
            Michelle  Chow    chowtrustee@swbell.net,  mchow@ecf.epiqsystems.com
            Patti H. Bass    on behalf of Creditor  HSBC Bank Nevada, N.A. ecf@bass-associates.com
            Sarah Elizabeth Sibley    on behalf of Creditor  JPMorgan Chase Bank, National Association
             sarah.sibley@tx.cslegal.com,  bkdept@tx.cslegal.com
            Stephen G. Wilcox    on behalf of Creditor  Ford Motor Credit Company LLC swilcox@basselwilcox.com,
             kraudry@basselwilcox.com;krw77@sbcglobal.net
            Tom W. Sharp    on behalf of Creditor  Texans Credit Union assignee of Credit Union Liquidity
             Services, LLC f/k/a Texans Commercial Capital, LLC tsharp@blalack.com
            US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                    TOTAL: 10